UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LANNING,

    Plaintiff,

v.

    Case No. 1:17-cv-734

    HONORABLE PAUL L. MALONEY

RICHARD WOREL, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Alice Penrose, M.D. filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 18, 2018, recommending that this Court grant the motion and dismiss her from this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 50) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 25) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant Alice Penrose is DISMISSED from this action.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated: August 14, 2018  /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge