UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL LANNING,

     Plaintiff,

                                            Case No. 1:17-cv-734

v.

                                            HONORABLE PAUL L. MALONEY

RICHARD WOREL, et al.,

     Defendants.

_____/


**JUDGMENT**

     In accordance with the Order entered on this date:

     **IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against

Plaintiff.


Dated:  August 30, 2019                       /s/  Paul L. Maloney_____
                                           Paul L. Maloney
                                           United States District Judge